1  ANDREW P. CAPUTO, Cal. Bar No. 203655
2  Natural Resources Defense Council
   111 Sutter St., 20th Floor
3  San Francisco, CA 94104
   (415) 875-6100
4  (415) 875-6161 (fax)
5
   HOWARD M. CRYSTAL, *pro hac vice*
6  ERIC R. GLITZENSTEIN, *pro hac vice*
   Meyer & Glitzenstein
7  1601 Connecticut Avenue, N.W., Suite 700
   Washington, D.C. 20009
8  (202) 588-5206
9  (202) 588-5049 (fax)

10 JOEL R. REYNOLDS, Cal. Bar No. 85276
11 JAMES M. BIRKELUND, Cal. Bar No. 206328
   Natural Resources Defense Council
12 1314 Second Street
   Santa Monica, California 90401
13 (310) 434-2300
   (310) 434-2399 (fax)
14

15 GEOFFREY H. FETTUS, D.C. Bar No. 454076
   Natural Resources Defense Council
16 1200 New York Ave., NW, Suite 400
17 Washington, DC 20005
   (202) 289-6868
18 (202) 289-1060 (fax)
   *Attorneys for Plaintiffs Natural Resources Defense Council and Committee To Bridge The Gap*
19
20 (additional attorneys listed on next pages)

**IT IS SO ORDERED**
*Judge Fern M. Smith*

21              **UNITED STATES DISTRICT COURT**
22           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

23 NATURAL RESOURCES DEFENSE     )
   COUNCIL, INC., et al.         )  C 04-4448 FMS
24                               )
25       Plaintiffs,             )  **STIPULATED REFERRAL**
         v.                      )  **FOR A SETTLEMENT CONFERENCE,**
26                               )  **REQUEST TO VACATE SCHEDULING**
   DEPARTMENT OF ENERGY, et al.  )  **ORDER AND [■■■■■■] ORDER**
27                               )
28       Defendants.             )

1  ROCKARD J. DELGADILLO, Cal. Bar No. 125465
   Los Angeles City Attorney
2  SUSAN D. PFANN, Cal. Bar No. 90217
3  MARY J. DECKER, Cal. Bar. No. 148255
   City of Los Angeles
4  Office of the City Attorney
   200 North Main Street, 700 City Hall East
5  Los Angeles, CA 90012
6  (213) 978-8100
   (213) 978-8090 (fax)
7  *Attorneys for Plaintiff City of Los Angeles*

8  THOMAS L. SANSONETTI
9  Assistant Attorney General

10 MARK A. RIGAU (SBN 223610)
11 Trial Attorney
   U.S. Department of Justice
12 Environment and Natural Resources Division
   Environmental Defense Section
13 301 Howard Street, Suite 1050
14 San Francisco, California 94105
   Telephone No: (415) 744-6487
15 Facsimile No: (415) 744-6476

16 JEFFREY S. DILLEN (DCBN 481439)
17 Trial Attorney
   U.S. Department of Justice
18 Environment and Natural Resources Division
   Natural Resources Section
19 601 D Street, N.W.
20 Patrick Henry Building - Third Floor
   Washington, D.C. 20004
21 Telephone: (202) 305-0293
   Facsimile: (202) 514-8865
22

23
24
25
26
27 **Stipulated Referral for a Settlement Conference,**
   **Request to Vacate Scheduling Order, and [Proposed] Order**
   **NRDC et al. v. DOE et al. (N.D. Cal.)**
28 **Case No. 04-04448 FMS**                                ii

ANDREW A. SMITH (NMBN 8341)
United States Department of Justice
c/o United States Attorneys Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1468
fax: (505) 346-7205

MICHAEL EITEL
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
601 D Street, N.W.
Patrick Henry Building - Third Floor
Washington, D.C. 20004
Telephone: (202) 305-0339
Facsimile: (202) 514-8865

KEVIN V. RYAN (SBN 118321)
United States Attorney

JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6967
Facsimile: (415) 436-7234
*Attorneys for the United States*

**Stipulated Referral for a Settlement Conference,
Request to Vacate Scheduling Order, and [Proposed] Order
NRDC et al. v. DOE et al. (N.D. Cal.)
Case No. 04-04448 FMS**                    iii

Whereas, Plaintiffs, NATURAL RESOURCES DEFENSE COUNSEL, COMMITTEE TO BRIDGE THE GAP, and CITY OF LOS ANGELES, and Defendants U.S. DEPARTMENT OF ENERGY ("DOE"), SAMUEL W. BODMAN,[1] SECRETARY OF DOE, and CAMILLE YUAN-SOO HOO (collectively the "Parties"), have held several calls with the Office of Alternative Dispute Resolution ("ADR") for the U.S. District Court, Northern District of California; and

Whereas, the Parties, with the assistance of the Office of ADR coordinator, have determined that this case might benefit from a non-binding Settlement Conference before a Magistrate Judge, using a mediation process; and

Whereas, the Parties are currently discussing additions and modifications to the Administrative Record ("AR") that was produced on April 25, 2005, and DOE is intending to make changes to the AR by June 30, 2005; and

Whereas, in light of the proposed Settlement Conference and the time needed to resolve the issues relating to the AR, the Parties agree that it is appropriate to briefly delay the summary judgment schedule entered on April 18, 2005;

IT IS HEREBY AGREED AND THE PARTIES STIPULATE, subject to the Court's approval, as follows:

---

[1] Secretary, Samuel W. Bodman, sworn in to office on February 1, 2005, is automatically substituted for his predecessor in office pursuant to Fed. R. Civ. P. 25(d)(1). This Stipulation is entered into on behalf of the U.S. Department of Energy and the individually named defendants acting in their official capacity.

**Stipulated Referral for a Settlement Conference,**
**Request to Vacate Scheduling Order, and [Proposed] Order**
**NRDC et al. v. DOE et al. (N.D. Cal.)**
**Case No. 04-04448 FMS**                    iv

1. The case is hereby referred to a Settlement Conference for mediation before a Magistrate Judge. If possible, the Parties request to meet with a Magistrate Judge in approximately 80 days.

2. The Scheduling Order entered by the Court on April 18, 2005, is hereby VACATED.

3. This case is to be set for a Case Management Conference ("CMC") on October 1, 2005, or as soon thereafter as the Court is available. In the event the Parties have not resolved the matter through mediation or settlement agreement, the Parties shall file a Joint Case Management Statement at least seven days before the CMC.

Dated: June 6, 2005                    Respectfully submitted,

ANDREW P. CAPUTO, Cal. Bar No. 203655
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA 94104
(415) 875-6100
(415) 875-6161

HOWARD M. CRYSTAL, D.C. Bar. No. 446189
ERIC R. GLITZENSTEIN, D.C. Bar No. 358287
Meyer & Glitzenstein
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 (fax)

JOEL R. REYNOLDS, Cal. Bar. No. 85276
JAMES M. BIRKELUND, Cal. Bar. No. 206328
Natural Resources Defense Council
1314 Second Street
Santa Monica, California 90401
(310) 434-2300
(310) 434-2399 (fax)

**Stipulated Referral for a Settlement Conference,
Request to Vacate Scheduling Order, and [Proposed] Order
<u>NRDC et al. v. DOE et al.</u> (N.D. Cal.)
Case No. 04-04448 FMS**                    v

GEOFFREY H. FETTUS, D.C. Bar No. 454076
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC  20005
(202) 289-6868
(202) 289-6868 (fax)

*Attorneys for Plaintiffs Natural Resources Defense Council and Committee To Bridge The Gap*

ROCKARD J. DELGADILLO, Cal. Bar No. 125465
Los Angeles City Attorney
SUSAN D. PFANN, Cal. Bar No. 90217
MARY J. DECKER, Cal. Bar. No. 148255
City of Los Angeles
Office of the City Attorney
200 North Main Street, 700 City Hall East
Los Angeles, CA  90012
(213) 978-8100
(213) 978-8090 (fax)

*Attorneys for Plaintiff City of Los Angeles*

THOMAS L. SANSONETTI
Assistant Attorney General

MARK A. RIGAU (SBN 223610)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone No:  (415) 744-6487
Facsimile No:   (415) 744-6476

**Stipulated Referral for a Settlement Conference,
Request to Vacate Scheduling Order, and [Proposed] Order
NRDC et al. v. DOE et al. (N.D. Cal.)
Case No. 04-04448 FMS**                                                                 vi

JEFFREY S. DILLEN (DCBN 481439)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Patrick Henry Building - Third Floor
Washington, D.C. 20004
Telephone: (202) 305-0293
Facsimile: (202) 514-8865

ANDREW A. SMITH (NMBN 8341)
United States Department of Justice
c/o United States Attorneys Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1468
fax: (505) 346-7205

MICHAEL EITEL
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
601 D Street, N.W.
Patrick Henry Building - Third Floor
Washington, D.C. 20004
Telephone: (202) 305-0339
Facsimile: (202) 514-8865


KEVIN V. RYAN (SBN 118321)
United States Attorney

**Stipulated Referral for a Settlement Conference,
Request to Vacate Scheduling Order, and [Proposed] Order
NRDC et al. v. DOE et al. (N.D. Cal.)
Case No. 04-04448 FMS**                                                vii

JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6967
Facsimile: (415) 436-7234

*Attorneys for the United States*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 6/6/05 _____

_____
U.S. District Judge

**Stipulated Referral for a Settlement Conference,
Request to Vacate Scheduling Order, and [Proposed] Order
NRDC et al. v. DOE et al. (N.D. Cal.)
Case No. 04-04448 FMS**