SUE ELLEN WOOLDRIDGE
Assistant Attorney General

MARK A. RIGAU (SBN 223610)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone No: (415) 744-6487
Facsimile No:  (415) 744-6476

JEFFREY S. DILLEN (DCBN 481439)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Patrick Henry Building - Third Floor
Washington, D.C. 20004
Telephone: (202) 305-0293
Facsimile: (202) 514-8865

Attorneys for the United States
(additional attorneys listed on next page)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | 04-cv-04448 SC (BZ) |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] SCHEDULING ORDER** |
| DEPARTMENT OF ENERGY, et al., Administration, Oakland Operations Office | Hon. Samuel Conti |

1  ANDREW A. SMITH (NMBN 8341)
   United States Department of Justice
2  c/o United States Attorneys Office
3  201 Third Street, N.W., Suite 900
   P.O. Box 607
4  Albuquerque, New Mexico 87103
5  (505) 224-1468
   fax: (505) 346-7205
6
   MICHAEL R. EITEL
7  Trial Attorney
8  U.S. Department of Justice
   Environment and Natural Resources Division
9  Natural Resources Section
   601 D Street, N.W.
10 Patrick Henry Building - Third Floor
11 Washington, D.C. 20004
   Telephone: (202) 305-0293
12 Facsimile: (202) 514-8865

13 KEVIN V. RYAN (SBN 118321)
14 United States Attorney

15 JAMES A. CODA (SBN 1012669 (WI))
   Assistant United States Attorney
16 Northern District of California
17 450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
18 Telephone:  (415) 436-6967
   Facsimile:   (415) 436-7234
19
20 *Attorneys for the United States*

21 ANDREW P. CAPUTO, Cal. Bar No. 203655
   Natural Resources Defense Council
22 111 Sutter St., 20th Floor
23 San Francisco, CA 94104
   (415) 875-6100
24 (415) 875-6161 (fax)

25

26

27 **Stipulation and [Proposed] Scheduling Order**
   **NRDC et al. v. DOE et al. (N.D. Cal.)**
28 **Case No. 04-04448 SC (BZ) - 2**

HOWARD M. CRYSTAL, *pro hac vice*
ERIC R. GLITZENSTEIN, *pro hac vice*
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 (fax)

JOEL R. REYNOLDS, Cal. Bar. No. 85276
JAMES M. BIRKELUND, Cal. Bar. No. 206328
Natural Resources Defense Council
1314 Second Street
Santa Monica, California 90401
(310) 434-2300
(310) 434-2399 (fax)

GEOFFREY H. FETTUS, D.C. Bar No. 454076
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC 20005
(202) 289-6868
(202) 289-1060 (fax)

*Attorneys for Plaintiffs Natural Resources Defense Council and Committee To Bridge The Gap*

ROCKARD J. DELGADILLO, Cal. Bar No. 125465
Los Angeles City Attorney
SUSAN D. PFANN, Cal. Bar No. 90217
MARY J. DECKER, Cal. Bar No. 148255
City of Los Angeles
Office of the City Attorney
200 North Main Street, 700 City Hall East
Los Angeles, CA 90012
(213) 978-8100
(213) 978-8090 (fax)

*Attorneys for Plaintiff City of Los Angeles*

**Stipulation and [Proposed] Scheduling Order**
<u>NRDC et al. v. DOE et al.</u> **(N.D. Cal.)**
**Case No. 04-04448 SC (BZ) - 3**

WHEREAS, Plaintiffs, NATURAL RESOURCES DEFENSE COUNCIL, COMMITTEE TO BRIDGE THE GAP, and CITY OF LOS ANGELES, and Defendants, U.S. DEPARTMENT OF ENERGY ("DOE"), SAMUEL W. BODMAN,[1] Secretary of DOE, and CAMILLE YUAN-SOO HOO (collectively, the "Parties"), engaged in an alternative dispute resolution process before Hon. Judge Bernard Zimmerman, which process is now concluded;

WHEREAS, the Court has contacted the Parties and requested that they file a stipulation with respect to the schedule for motions that they anticipate in this matter, and the Parties, through counsel, have conferred to this end;

WHEREAS, the Court has requested that Defendants lodge one copy of the Administrative Record ("AR") with the Court;

IT IS HEREBY AGREED AND THE PARTIES STIPULATE, subject to the Court's approval, as follows:

| Date | Action |
|---|---|
| January 20, 2006 | DOE lodges one copy of the AR with the Court and provides plaintiffs with one copy of any AR materials not previously provided |
| March 10, 2006 | Plaintiffs file for Summary Judgment (45 page limit) |
| April 12, 2006 | Defendants file a combined Opposition to Plaintiffs' Motion and a Cross Motion for Summary Judgment (60 page limit) |
| May 10, 2006 | Plaintiffs file an Opposition to Defendants' Motion and Reply in Support of their Motion (30 page limit) |
| June 7, 2006 | Defendants file a Reply in Support of their Cross Motion. (15 page limit) |

---

[1] Secretary Samuel W. Bodman, sworn into office February 1, 2005, is automatically substituted for his predecessor, Spencer Abraham, pursuant to Fed. R. Civ. P. 25(d)(1). This Stipulation is entered into on behalf of the DOE and the individually named defendants acting in their official capacity.

**Stipulation and [Proposed] Scheduling Order**
**NRDC et al. v. DOE et al. (N.D. Cal.)**
**Case No. 04-04448 SC (BZ) - 4**

| | | |
|---|---|---|
| 1 | June 9, 2006 | Parties jointly file an Excerpts of Record, including the AR documents cited by the Parties |
| 3 | June 23, 2006 | Hearing on the cross-motions for summary judgment at 10 a.m. |

Respectfully submitted this 12th day of January, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

MARK A. RIGAU (SBN 223610)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone No: (415) 744-6487
Facsimile No: (415) 744-6476

Of Counsel

THOMAS WEST
U.S. Department of Energy
Office of General Counsel, GC-32
1000 Independence Avenue, S.W.
Washington, D.C. 20585
Tel: (202) 586-5677
Fax: (202) 586-3437

JEFFREY S. DILLEN (DCBN 481439)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Patrick Henry Building - Third Floor
Washington, D.C. 20004
Telephone: (202) 305-0293
Facsimile: (202) 514-8865

**Stipulation and [Proposed] Scheduling Order**
**NRDC et al. v. DOE et al. (N.D. Cal.)**
**Case No. 04-04448 SC (BZ) - 5**


ANDREW P. CAPUTO, Cal. Bar No. 203655
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA 94104
(415) 875-6100
(415) 875-6161

_____
HOWARD M. CRYSTAL, D.C. Bar. No. 446189
ERIC R. GLITZENSTEIN, D.C. Bar No. 358287
Meyer & Glitzenstein
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 (fax)

JOEL R. REYNOLDS, Cal. Bar No. 85276
JAMES M. BIRKELUND, Cal. Bar No. 206328
Natural Resources Defense Council
1314 Second Street
Santa Monica, California 90401
(310) 434-2300
(310) 434-2399 (fax)

GEOFFREY H. FETTUS, D.C. Bar No. 454076
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC 20005
(202) 289-6868
(202) 289-6868 (fax)

*Attorneys for Plaintiffs Natural Resources Defense Council and Committee To Bridge The Gap*

Stipulation and [Proposed] Scheduling Order
NRDC et al. v. DOE et al. (N.D. Cal.)
Case No. 04-04448 SC (BZ) - 6

*[signature: Mary J. Decker]*

ROCKARD J. DELGADILLO, Cal. Bar No. 125465
Los Angeles City Attorney
SUSAN D. PFANN, Cal. Bar No. 90217
MARY J. DECKER, Cal. Bar. No. 148255
City of Los Angeles
Office of the City Attorney
200 North Main Street, 700 City Hall East
Los Angeles, CA 90012
(213) 978-8100
(213) 978-8090 (fax)

*Attorneys for Plaintiff City of Los Angeles*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/13/06

*[signature: Samuel Conti]*

Hon. Samuel Conti
U.S. District Judge

Stipulation and [Proposed] Scheduling Order
NRDC et al. v. DOE et al. (N.D. Cal.)
Case No. 04-04448 SC (BZ) - 7