BILL LOCKYER, Attorney General
  of the State of California
TOM GREENE,
  Chief Assistant Attorney General
THEODORA BERGER,
  Senior Assistant Attorney General
BRIAN HEMBACHER, Cal. Bar No. 90428
OLIVIA W. KARLIN, Cal. Bar No. 150432
  Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone:  (213) 897-2638
Fax:        (213) 897-2802
brian.hembacher@doj.ca.gov
olivia.karlin@doj.ca.gov

Attorneys for Amicus Curiae

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF ENERGY; et al., Administration, Oakland Operations Office,<br><br>Defendants. | CASE NO.: 04-CV-04448 SC (BZ)<br><br>[~~PROPOSED~~] ORDER GRANTING THE MOTION OF THE PEOPLE OF THE STATE OF CALIFORNIA, EX REL. BILL LOCKYER, TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>DATE:   June 23, 2006<br>TIME:   10:00 a.m.<br>PLACE:  Courtroom1<br><br>The Honorable Samuel Conti |

1   On  March 10, 2006  , the motion of the People of the State of
2   California, ex rel. Attorney General Bill Lockyer ("Attorney General"), to file an
3   Amicus Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment as to
4   the First Claim for Relief under the National Environmental Policy Act ("NEPA"),
5   42 U.S.C. ¶ 4321 *et. seq.,* came on regularly for hearing in this Court.  The
6   Attorney General's motion was supported by a Noticed Motion and Memorandum
7   of Points and Authorities.
8       After considering the Attorney General's motion and accompanying
9   submissions, and having heard the arguments of counsel, the Court grants the
10  Attorney General's Motion to File an Amicus Curiae Brief in this matter.
11      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:
12      1.   The Attorney General's motion to file an Amicus Curiae Brief in
13  support of Plaintiffs' Motion for Summary Judgment, as to the First Claim for
14  Relief under the National Environmental Policy Act (NEPA"), 42 U.S. C. § 4321
15  *et seq.*, is GRANTED.
16      2.   The Attorney General's brief lodged with this Court on March 10,
17  2006 is hereby filed.
18      3.   The Attorney General's arguments in its Amicus Curiae Brief shall be
19  heard on June 23, 2006, concurrently with Plaintiffs' and Defendants' pending
20  cross-motions for summary judgment in this matter.

22  Dated:  June 14, 2006



23  Hon. Samuel Conti
    UNITED STATES DISTRICT COURT JUDGE

25  PROPOSED BY:

26   /s/ Brian Hembacher
     BRIAN HEMBACHER
27   Deputy Attorney General

     Attorneys for Amicus Curiae
28

1

[Proposed] Order Granting the Motion of the People of the State of California, ex rel. Bill Lockyer, to File Amicus
Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment