UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., COMMITTEE TO BRIDGE THE GAP, and CITY OF LOS ANGELES<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEPARTMENT OF ENERGY, SPENCER ABRAHAM, Secretary, Department of Energy, and CAMILE YUAN-SOO HOO, Manager, National Nuclear Security Administration, Oakland Operations Office,<br><br>　　　　Defendants. | No. C-04-04448 SC<br><br>ORDER RE SUBMISSION OF CD-ROM PORTIONS OF <u>ADMINISTRATIVE RECORD</u> |

　　The Court ORDERS Defendants Department of Energy et al. ("Defendants"), to submit to the Court two (2) copies each, in CD-ROM form, of every portion of the Administrative Record that is labeled "(Compact Disc)" on the Index to the Administrative Record [Docket #22], submitted April 25, 2005. Please see, for example, the entry for Index No. AR-070.

　　The Court ORDERS Defendants to submit such CD-ROMs to the Court no later than 12:00 noon, Friday, June 30, 2006. If Defendants foresee problems complying with this deadline, the Court will entertain arguments for an alternative arrangement.

　　IT IS SO ORDERED.

Dated: June 27, 2006

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE