**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., COMMITTEE TO BRIDGE THE GAP, and CITY OF LOS ANGELES ) | No. C-04-04448 SC |
| Plaintiffs, ) | ORDER RE SUBMISSION OF SUPPLEMENTED INDEX TO JOINT EXCERPTS OF <u>ADMINISTRATIVE RECORD</u> |
| v. ) | |
| DEPARTMENT OF ENERGY, SPENCER ABRAHAM, Secretary, Department of Energy, and CAMILE YUAN-SOO HOO, Manager, National Nuclear Security Administration, Oakland Operations Office, ) | |
| Defendants. ) | |

The Court ORDERS Plaintiffs Natural Resources Defense Council, Inc. et al. and Defendants Department of Energy et al. (together "Parties") to submit to the Court a supplemented index to the Joint Excerpts of the Administrative Record [Docket # 57], originally submitted June 6, 2006. The supplemented index should mirror the format of the index to the Administrative Record [Docket #22], submitted April 25, 2005, and the index to the Supplemental Administrative Record [Docket #40], submitted January 20, 2006. Specifically, the supplemented index should, in addition to the information which the current index contains, list for each entry: the document's title; the document's "DOC. #," if applicable; the document's author; for whom the document was prepared, if applicable; and the date of the document's creation.

/

/

1    The Court ORDERS the Parties to submit to the Court the

2    supplemented index to the Joint Excerpts of the Administrative

3    Record no later than 12:00 noon, Friday, June 30, 2006.

4    IT IS SO ORDERED.

6    Dated: June 27, 2006

7                                        _____

8                                        UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2