1  HOWARD M. CRYSTAL, *pro hac vice*
   ERIC R. GLITZENSTEIN, *pro hac vice*
2  Meyer Glitzenstein & Crystal
   1601 Connecticut Avenue, N.W., Suite 700
3  Washington, D.C. 20009
   (202) 588-5206
4  (202) 588-5049 (fax)

5  JOEL R. REYNOLDS, Cal. Bar. No. 85276
   JAMES M. BIRKELUND, Cal. Bar. No. 206328
6  Natural Resources Defense Council
   1314 Second Street
7  Santa Monica, California 90401
   (310) 434-2300
8  (310) 434-2399 (fax)

9  GEOFFREY H. FETTUS, D.C. Bar No. 454076
   Natural Resources Defense Council
10 1200 New York Ave., NW, Suite 400
   Washington, DC 20005
11 (202) 289-6868
   (202) 289-6868 (fax)
12
   *Attorneys for Plaintiffs Natural Resources Defense Council and Committee To Bridge The Gap*
13
   ROCKARD J. DELGADILLO, Los Angeles City Attorney (SBN 125465)
14 MARY J. DECKER (SBN 148255)
   PETER JOHN GUTIERREZ,
15 Assistant City Attorney (SBN 156129)
   SUSAN D. PFANN, Assistant City Attorney (SBN 90217)
16 City of Los Angeles
   Office of the City Attorney
17 200 North Main Street, 700 City Hall East
   Los Angeles, CA 90012
18 (213) 978-8100
   (213) 978-8090 (fax)
19
   *Attorneys for Plaintiff City of Los Angeles*
20

21              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
22

23 _____
   NATURAL RESOURCES DEFENSE           )
   COUNCIL, INC., <u>et al.</u>,       )
24                                     )   04-cv-04448 SC (BZ)
                  Plaintiffs,          )
25                                     )   **STIPULATION AND [PROPOSED]**
        v.                             )   **ORDER TO ENLARGE TIME TO**
26                                     )   **FILE A MOTION CONCERNING**
   DEPARTMENT OF ENERGY, et al.,       )   **ATTORNEYS' FEES AND COSTS**
27                                     )   **UNDER LOCAL RULE 54-6(a)**
                                       )
28 _____

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE A MOTION CONCERNING
ATTORNEYS' FEES AND COSTS UNDER LOCAL RULE 54-6(a) – Case No. 04-CV-04448 SC (BZ)

Pursuant to Local Rule 6-2, Plaintiffs and Federal Defendant hereby stipulate to an extension of time for Plaintiffs to file any motion concerning attorneys' fees and costs with the Court in this case under Local Rule 54-6(a) consistent with the filing deadline established by the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(B), and respectfully request that the Court grant such an enlargement of time, for the following reasons:

(1) Final judgment was entered in this case on May 3, 2007 (DE 67);

(2) The parties have 60 days from entry of the final judgment to appeal any portion of the judgment;

(3) Plaintiffs Natural Resources Defense Council and Committee to Bridge The Gap intend to negotiate with the government over the amount of fees and costs under EAJA. However, in the event the parties do not reach an agreement, EAJA requires that any application concerning fees and costs be filed within 30 days of a final, non-appealable judgment. 28 U.S.C. §§ 2412(d)(1)(B) and (d)(2)(G);

(4) The parties to this stipulation agree that it would not be an efficient use of their and the Court's resources to litigate fee issues at this time, before the time for appeal has even run;

Accordingly, Plaintiffs seek an enlargement of time to file any request concerning fees and costs under Local Rule 54-6(a) coextensive with the fee application deadlines set forth in EAJA, *i.e.,* within 30 days of issuance of a final, non-appealable judgment. Counsel for the federal defendants consent to this stipulation.

Dated: May 14, 2007                                Respectfully submitted,

                                                                       /s/
                                      HOWARD M. CRYSTAL, *pro hac vice*
                                      ERIC R. GLITZENSTEIN, *pro hac vice*
                                      Meyer Glitzenstein & Crystal
                                      1601 Connecticut Avenue, N.W., Suite 700
                                      Washington, D.C.  20009
                                      (202) 588-5206
                                      (202) 588-5049 (fax)

| | |
|---|---|
| 1 | JOEL R. REYNOLDS, Cal. Bar. No. 85276 |
| 2 | JAMES M. BIRKELUND, Cal. Bar. No. 206328 |
| 3 | Natural Resources Defense Council<br>1314 Second Street |
| 4 | Santa Monica, California 90401<br>(310) 434-2300 |
| 5 | (310) 434-2399 (fax) |
| 6 | GEOFFREY H. FETTUS,<br>D.C. Bar No. 454076 |
| 7 | Natural Resources Defense Council<br>1200 New York Ave., NW, Suite 400 |
| 8 | Washington, DC  20005<br>(202) 289-6868 |
| 9 | (202) 289-6868 (fax) |
| 10 | Attorneys for Plaintiffs Natural Resources<br>Defense Council and Committee to Bridge The Gap |
| 11 | |
| 12 | ROCKARD J. DELGADILLO (SBN 125465)<br>Los Angeles City Attorney |
| 13 | PETER JOHN GUTIERREZ,<br>Assistant City Attorney (SBN 156129) |
| 14 | SUSAN D. PFANN,<br>Assistant City Attorney (SBN 90217) |
| 15 | MARY J. DECKER, (SBN 148255)<br>City of Los Angeles |
| 16 | Office of the City Attorney<br>200 North Main Street, 700 City Hall East |
| 17 | Los Angeles, CA 90012<br>(213) 978-8100 |
| 18 | (213) 978-8090 (fax) |
| 19 | Attorneys for Plaintiff City of Los Angeles |
| 20 | MATTHEW J. MCKEOWN<br>Acting Assistant Attorney General |
| 21 | _____/s/_____ |
| 22 | ANDREW A. SMITH (New Mexico Bar No. 8341)<br>United States Department of Justice |
| 23 | Environment & Natural Resources Division<br>c/o United States Attorney's Office |
| 24 | P.O. Box 607<br>Albuquerque, New Mexico 87103 |
| 25 | Tel: (505) 224-1468/Fax: (505) 346-7205 |
| 26 | MARK A. RIGAU (SBN 223610)<br>Trial Attorney |
| 27 | U.S. Department of Justice<br>Environment and Natural Resources Division |
| 28 | Environmental Defense Section<br>Tel: (415) 744-6487/Fax: (415) 744-6476<br>E-mail: mark.rigau@usdoj.gov |

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE A MOTION CONCERNING ATTORNEYS' FEES AND COSTS UNDER LOCAL RULE 54-6(a)  –  Case No. 04-CV-04448 SC (BZ)     3

```
                    MICHAEL R. EITEL (NEBN 22889)
                    Trial Attorney
                    U.S. Department of Justice
                    Environment &Natural Resources Division
                    Wildlife & Marine Resources Section
                    Tel: (202) 305-0293 / Fax: (202) 514-8865

                    Attorneys for Federal Defendants
```

    I, Howard Crystal, attest that the foregoing Stipulation is true and correct, and that Andrew A. Smith has concurred in and authorized the filing of this Stipulation.

```
                    _____/s/_____
                    HOWARD M. CRYSTAL, pro hac vice
                    Meyer Glitzenstein & Crystal
                    1601 Connecticut Avenue, N.W., Suite 700
                    Washington, D.C. 20009
                    (202) 588-5206
                    (202) 588-5049 (fax)
```

## [PROPOSED] ORDER

Consistent with the foregoing stipulation, IT IS HEREBY ORDERED that the time for Plaintiffs to file a motion concerning attorneys' and costs under Local Rule 54-6(a) is extended up to and including the filing deadlines set forth in 28 U.S.C. § 2412(d)(1)(B).

IT IS SO ORDERED.

Dated: 5/17/07                              _____/s/ Samuel Conti_____
                                            United States District Judge
                                            Judge Samuel Conti