HOWARD M. CRYSTAL, *pro hac vice*
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206  (202) 588-5049 (fax)

JOEL R. REYNOLDS, Cal. Bar. No. 85276
JAMES M. BIRKELUND, Cal. Bar. No. 206328
Natural Resources Defense Council
1314 Second Street
Santa Monica, California 90401
(310) 434-2300 (310) 434-2399 (fax)

GEOFFREY H. FETTUS, D.C. Bar No. 454076
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC 20005
(202) 289-6868  (202) 289-6868 (fax)

*Attorneys for Plaintiffs Natural Resources
Defense Council and Committee To Bridge The Gap*

SCOTT N. SCHOOLS, United States Attorney
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney
Environment & Natural Resources Unit
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Tel: (415) 436-7180 / Fax: (415) 436-6748
charles.oconnor@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

MARK A. RIGAU (SBN 223610), Trial Attorney
U.S. Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6487 / Fax: (415) 744-6476
mark.rigau@hotmail.com

MICHAEL R. EITEL (SBN 22889 (NE)), Trial Attorney
U.S. Department of Justice
Wildlife and Marine Resources Section
P.O. Box 7369 Ben Franklin Station
Washington, D.C. 20044-7369
Tel: (202) 305-0339 / Fax: (202) 305-0275

ANDREW A. SMITH (SBN 8341 (NM)), Trial Attorney
U.S. Department of Justice
Natural Resources Section
c/o U.S. Attorneys Office, P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1468 / Fax: (505) 346-7205
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF ENERGY, et al.,<br><br>Federal Defendants. | Civ. No. 04-cv-04448 SC (BZ)<br><br>**STIPULATION EXTENDING DEADLINE FOR FURTHER BRIEFING ON PLAINTIFFS' NOVEMBER 13, 2007 "PETITION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS," DKT. NO. 76** |

Whereas Plaintiffs NATURAL RESOURCES DEFENSE COUNSEL and COMMITTEE TO BRIDGE THE GAP, and the FEDERAL DEFENDANTS (collectively the "Parties"), have reached an agreement (attached) that resolves Plaintiffs' pending Petition for Attorneys' Fees and Costs (DN 76);

Whereas, pursuant to that agreement, Plaintiffs have agreed to dismiss their Petition for Attorneys' fees and Costs upon receipt of the agreed-upon payment; and

Whereas the Federal Defendants anticipate providing payment to Plaintiffs within approximately 90 days;

Whereas, the parties agree that, in light of this agreement, it would serve the interests of the parties and of judicial economy to stay further briefing on the pending Petition for Attorneys' Fees and Costs;

Whereas the Court has Ordered that by February 15, 2008, the parties file either a Stipulation resolving the Fee Petition or a schedule for briefing on the Petition; and

Whereas a motions hearing on the Fee Petition is presently scheduled for April 25, 2008;

IT IS HEREBY AGREED AND THE PARTIES STIPULATE, subject to the Court's approval, as follows:

1. Upon receipt of the payment provided in the attached agreement, Plaintiffs shall promptly file a Notice withdrawing their pending Fee Petition;

2. In the event the Federal Defendants have not provided Plaintiffs with the payment provided in the attached agreement by May 15, 2008, the parties shall file a schedule for briefing the merits of the Fee Petition at that time;

3. The motions hearing is hereby canceled, and in the event the parties file a briefing schedule for the Fee Petition, they shall renotice the motion at that time.

Dated:   February 15, 2008.                    Respectfully submitted,

*For Plaintiffs Natural Resources Defense Council and Committee to Bridge The Gap:*

 /s/  Howard M. Crystal
HOWARD M. CRYSTAL, *pro hac vice*
ERIC R. GLITZENSTEIN, *pro hac vice*
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
(202) 588-5206
(202) 588-5049 (fax)

JOEL R. REYNOLDS, Cal. Bar. No. 85276
JAMES M. BIRKELUND,
Cal. Bar. No. 206328
Natural Resources Defense Council
1314 Second Street
Santa Monica, California 90401
(310) 434-2300
(310) 434-2399 (fax)

GEOFFREY H. FETTUS,
D.C. Bar No. 454076
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC  20005
(202) 289-6868
(202) 289-6868 (fax)

| | |
|---|---|
| 1 | *For Federal Defendants:* |
| 2 | RONALD J. TENPAS |
| 3 | Assistant Attorney General<br>United States Department of Justice |
| 4 | Environment & Natural Resources Division |
| 5 | /s/ Andrew A. Smith |
| 6 | ANDREW A. SMITH<br>United States Department of Justice |
| 7 | Environment & Natural Resources Division<br>c/o U.S. Attorneys Office |
| 8 | P.O. Box 607<br>Albuquerque, New Mexico 87103 |
| 9 | (505) 224-1468<br>facsimile (505) 346-7205 |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 2/19/08

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation Extending Deadline For
Further Briefing on Fee Petition
Case No. 04-cv-04448 SC (BZ)                - 4 -

SCOTT N. SCHOOLS
United States Attorney
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney
Environment & Natural Resources Unit
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Tel: (415) 436-7180 / Fax: (415) 436-6748
charles.oconnor@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

MARK A. RIGAU (SBN 223610), Trial Attorney
U.S. Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6487 / Fax: (415) 744-6476
mark.rigau@hotmail.com

MICHAEL R. EITEL (SBN 22889 (NE)), Trial Attorney
U.S. Department of Justice
Wildlife and Marine Resources Section
P.O. Box 7369 Ben Franklin Station
Washington, D.C. 20044-7369
Tel: (202) 305-0339 / Fax: (202) 305-0275

ANDREW A. SMITH (SBN 8341 (NM)), Trial Attorney
U.S. Department of Justice
Natural Resources Section
c/o U.S. Attorneys Office, P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1468 / Fax: (505) 346-7205
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF ENERGY, et al., <br><br> Federal Defendants. | Civ. No. 04-cv-04448 SC (BZ) <br><br> **PLAINTIFFS' AND FEDERAL DEFENDANTS' JOINT STIPULATION RESOLVING PLAINTIFFS' NOVEMBER 13, 2007 "PETITION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS," DKT. NO. 76** |

In the interests of judicial economy, and to avoid litigating Plaintiffs' November 13, 2007 "Petition for an Award of Attorneys' Fees and Costs," Dkt. No. 76, Plaintiffs Natural Resources Defense Council and Committee to Bridge the Gap (hereinafter "Plaintiffs") and Federal Defendants hereby stipulate and agree as follows:

1. Federal Defendant U.S. Department of Energy ("DOE") will pay Plaintiffs a lump sum total of two hundred thirty thousand dollars ($230,000.00) in full and complete satisfaction of any and all claims for attorneys' fees, costs, and expenses that Plaintiffs have or may have in the above-captioned case.  Payment in that amount shall be made by electronic funds transfer to Plaintiffs through Plaintiffs' counsel in accordance with information provided by Plaintiffs.  Nothing in this Joint Stipulation shall be interpreted as, or shall constitute, a commitment or requirement that Federal Defendants obligate or pay funds exceeding those available, or take any other action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

2. Plaintiffs agree that Plaintiffs' receipt of this payment shall operate as a release of any and all claims and future claims for attorneys' fees, costs, and expenses that Plaintiffs may seek in the above-captioned case.  Upon receipt of the payment, Plaintiffs shall execute and send a letter confirming receipt to counsel for Federal Defendants.  Upon receipt of the payment, Plaintiffs also will immediately withdraw with prejudice their November 13, 2007 "Plaintiffs Natural Resources Defense Council and Committee to Bridge the Gap's Petition for an Award of Attorneys' Fees and Costs," Dkt. No. 76, and any and all claims for attorneys' fees, costs, and expenses presented therein or otherwise.

3. The undersigned representatives of Plaintiffs and Federal Defendants certify that

Case 3:04-cv-04448-SC   Document 81-2   Filed 02/15/2008   Page 3 of 4

they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Joint Stipulation and to legally bind the parties to it.

4. This Joint Stipulation does not constitute an admission by any party to any fact, claim, or defense on any issue in this lawsuit. Nothing in this Joint Stipulation shall be construed as an admission that the position of Federal Defendants in this litigation was not substantially justified.

5. This Joint Stipulation represents the entirety of Plaintiffs' and Federal Defendants' commitments with regard to settlement. The terms of this agreement shall become effective upon filing this Joint Stipulation with the Court.

Dated:   February 15, 2008.

Respectfully submitted,

*For Plaintiffs Natural Resources Defense Council and Committee to Bridge The Gap:*

HOWARD M. CRYSTAL, *pro hac vice*
ERIC R. GLITZENSTEIN, *pro hac vice*
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
(202) 588-5206
(202) 588-5049 (fax)

JOEL R. REYNOLDS, Cal. Bar. No. 85276
JAMES M. BIRKELUND,
Cal. Bar. No. 206328
Natural Resources Defense Council
1314 Second Street
Santa Monica, California 90401
(310) 434-2300
(310) 434-2399 (fax)

GEOFFREY H. FETTUS,
D.C. Bar No. 454076

Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC 20005
(202) 289-6868
(202) 289-6868 (fax)

*For Federal Defendants:*

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ Andrew A. Smith

ANDREW A. SMITH
United States Department of Justice
Environment & Natural Resources Division
c/o U.S. Attorneys Office
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1468
facsimile (505) 346-7205